Garris S. McFADDEN, Plaintiff— Appellant,

v.

INTERNATIONAL LONGSHORE-MEN'S ASSOCIATION, AFL–CIO; Horace T. Alston, Vice President, Defendants—Appellees.

No. 06–1202.

United States Court of Appeals, Fourth Circuit.

Submitted: July 25, 2006.

Decided: July 31, 2006.

Garris S. McFadden, Appellant Pro Se. John P. Sheridan, Gleason & Mathews, New York, New York, for Appellees.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Garris S. McFadden appeals the district court's adverse grant of summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McFadden v. Int'l Longshoremen's Ass'n, AFL–CIO*, No. 1:04–cv–02317–WDQ (D.Md. Jan. 12, 2006). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*